GRACE E. KELLY, Administratrix of the ESTATE OF CLINTON L. KELLY v. WEYERHAEUSER COMPANY

No. 2A99

(Filed 7 May 1999)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 131 N.C. App. 556, 514 S.E.2d 318 (1998), affirming summary judgment for defendant entered 8 July 1997 by Allen (J.B., Jr.), J., in Superior Court, Lee County. Heard in the Supreme Court 12 April 1999.

*Staton, Perkinson, Doster, Post, Silverman, Adcock & Boone, P.A., by Jonathan Silverman, for plaintiff-appellant.*

*Teague, Campbell, Dennis & Gorham, by Dayle A. Flammia and Thomas M. Clare for defendant-appellee.*

PER CURIAM.

AFFIRMED.